Order filed January 26,
2012

 

                                                                       In The

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-09-00348-CV

                                                    __________

 

                             RAVEN
RESOURCES, LLC, Appellant

                                                             V.

                    LEGACY
RESERVES OPERATING, LP, Appellee



 

                                   On
Appeal from the 385th District Court

                                                          Midland
County, Texas

                                                  Trial
Court Cause No. CV 46609

 



 

                                                                     O
R D E R

On January 12, 2012, this court issued an opinion and a judgment
withdrawing our former opinion and judgment and granting Legacy Reserves
Operating, LP’s motion for rehearing.  Raven Resources, LLC did not file a
response to the motion for rehearing, and this court did not request one.  See
Tex. R. App. P. 49.2.  In order
to allow Raven to respond to Legacy’s motion for rehearing, we withdraw our
opinion and judgment dated January 12, 2012.  

Raven is requested to file a response to the May 11, 2011 motion for
rehearing filed by Legacy.  Raven’s response is due in this court on or before
February 10, 2012.

 

January 26,
2012                                                                                 PER
CURIAM

Panel consists of: Wright,
C.J.,                                               

McCall, J., and Kalenak, J.